UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA OLIVEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>D.K. JOHNSON,<br><br>    Respondent. | No.  2:13-cv-0808 AC P<br><br><br>ORDER |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court is unable to make that determination because petitioner has failed to set forth any grounds for relief in the petition.

Accordingly, IT IS HEREBY ORDERED that petitioner's April 24, 2013 motion for appointment of counsel (ECF No. 3) is denied without prejudice to a renewal of the motion at

////

////

1

1  a later stage of the proceedings.

2  DATED: June 13, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb; oliv0808.110